[No. 6562-2-II. Division Two. January 3, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD A. THOMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 82-1-00225-7, Leonard W. Kruse, J., entered August 9, 1982. *Reversed* and *remanded* by unpublished opinion per Reed, J., concurred in by Petrie, J., Worswick, C.J., dissenting.

[No. 6382-4-II. Division Two. January 3, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES M. PAGE, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 82-1-00066-1, Leonard W. Kruse, J., entered May 25, 1982. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, A.C.J., and Petrich, J.

[No. 13721-2-I. Division One. January 7, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. LOREN WAYNE LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-1-03672-2, Jerome M. Johnson, J., entered August 11, 1983. *Affirmed* by unpublished opinion per Corbett, C.J., concurred in by Swanson and Williams, JJ.